UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

HUBER AND SONS, INC.,
PAUL HUBER AND LISA HUBER

Plaintiffs,

vs.

SERVICE CORPORATION
INTERNATIONAL

Defendant.

CASE TYPE: Other Civil

Court File No.: 01-1583RHK/JMM

**STIPULATION**

The parties in the above-entitled matter have agreed to a stipulation allowing the Plaintiffs to amend their Complaint.

Dated: November 21, 2001

Cory Kallheim, for Defendant

Dated: November 21, 2001

Michael D. Schwartz, for Plaintiffs

So Ordered!

U.S. Magistrate Judge

DEC 0 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK