UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| HUBER AND SONS, INC., PAUL HUBER AND LISA HUBER, Plaintiffs, vs. SERVICE CORPORATION INTERNATIONAL, Defendant. | ) | CASE TYPE: Other Civil<br>Court File No.: 01-1583RHK/~~JMM~~ AJB<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

The parties in the above-entitled matter have agreed to a stipulation extending the deadline for disclosure of expert witnesses and their reports pursuant to Rule 26(a)(2)(A) and (B) for Plaintiffs to December 1, 2002 and for Defendant to January 1, 2003.

Dated: October 29, 2002

Steven E. Rau, for Defendant

Dated: October 25, 2002

Michael D. Schwartz, for Plaintiffs

OCT 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply therewith.

Dated: 10/28/, 2002.

BY THE COURT:

Magistrate JUDGE OF DISTRICT COURT