Cv 01-1583
RHK/HJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **May 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: December 9, 2002.

FILED DEC 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Huber and Sons Inc.<br>et al | Michael Schwartz<br>952-937-5655 |
| | vs CV 01-1583 RHK/AJB<br>JURY | |
| | Service Corporation Int'l | Steve Rau<br>612-333-9500 |
| 2. | Elizabeth Hatch<br>et al | Robert Mclay<br>651-290-0301 |
| | v CV 01-1906 RHK/AJB<br>JURY | |
| | Ken Grosinger, Deputy Sheriff<br>et al | Carl Dietz<br>651-266-3111 |
| 3. | Robert E. Mattke<br>et al | James Lindell<br>612-339-8811<br>Steven Shindler<br>515-223-4567 |
| | vs CV 01-1941 RHK/JGL<br>JURY | |
| | Claude Deschamps MD<br>et al | Paul Klaas<br>612-340-2600<br>Ann Decker<br>612-492-7000 |

| | | |
|---|---|---|
| 4. | Four D Corporation | Eric Nystrom<br>612-371-3211 |
| | vs CV 01-2073 RHK/AJB<br>JURY | |
| | Dutchland Plastics Corporation | David Orenstein<br>612-333-2111<br>William Winkle<br>920-458-5501 |
| 5. | Derinda Taylor<br>et al | Albert Goins Sr.<br>612-339-3848 |
| | vs CV 02-945 RHK/RLE<br>JURY | |
| | City of Bloomington<br>et al | Paul Reuvers<br>952-548-7200 |