UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| HUBER AND SONS, INC., PAUL HUBER AND LISA HUBER,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL<br><br>Defendant. | CASE TYPE: Other Civil<br><br>Court File No.: 01-1583RHK/~~JMM~~ AJB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The above-entitled matter, having been partially resolved,

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties hereto pursuant to F.R.C.P. 41(a)(1)(ii), throught their respective attorneys, that Counts I and II of the Amended Complaint in the above-entitled action and all claims asserted in those counts shall be, and are hereby, dismissed without prejudice, and without costs or disbursements to any party.

Dated: December 19, 2002

Steven E. Rau, for Defendant
FLYNN. GASKINS & BENNETT, LLP
333 S. Seventh St., Suite 2900
Minneapolis, MN 55403
(612) 333-9500

Dated: December 17, 2002

Michael D. Schwartz, for Plaintiffs
SCHWARTZ, STOTTLER & DEAN, P.A.
761 W. 78th Street, Suite 210
Chanhassen, MN 55317
(952) 937-5655

FILED DEC 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply therewith.

Dated: 12/20, 2002

BY THE COURT:

JUDGE OF DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.