UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Huber and Sons, Inc., Paul Huber and Lisa Huber,

Plaintiffs,

vs.

Service Corporation International,

Defendant.

Court file 01-1583 RHK/AJB

**STIPULATION AND ORDER**

---

**STIPULATION**

The parties in the above-entitled matter have agreed to a stipulation extending the discovery deadline for the sole purpose of allowing Plaintiffs to take the depositions of SCI representatives Steven Kramer, Glenn McMillan, Mark McGilley and Lowell Kirkpatrick and for defendants to take the deposition of Michael Schwartz, which have previously been noticed. Plaintiffs understand that Kirkpatrick and McMillan are no longer SCI employees but that SCI will use its best efforts to make those individuals available for deposition. Further, this extension will not prejudice either party's right to object to discovery during this time period. The discovery deadline is currently January 1, 2003, but will be extended until February 1, 2003. no other deadlines will be affected and the extension will not affect the trial date.

DEC 2 3 2002
JUDGMENT ENTD
DEPUTY CLERK

Dated 12/20, 2002

FLYNN, GASKINS & BENNETT, L.L.P.

Steven E. Rau, #147990
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500
***Attorneys for Defendant***
***Service Corporation International***

Dated 12/20, 2002

SCHWARTZ, STOTTLER & DEAN, P.A.

Michael D. Schwartz, #98164
761 West 78th Street, Suite 210
P.O. Box 219
Chanhassen, MN 55317
***Attorneys for Plaintiffs Paul Huber and Lisa Huber***

**ORDER**

Based upon the foregoing stipulation:

IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply therewith.

Dated: 12/23, 2002

BY THE COURT:

Magistrate Judge Arthur J. Boylan

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.