**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HUBER AND SONS INC.,

Plaintiff,

vs. CV 01-1583 RHK/AJB

SERVICE CORPORATION
INTERNATIONAL,

Defendant.

**NOTICE OF MOTION HEARING**

The Defendant's Motion for Summary Judgment is rescheduled to Tuesday, February 25, 2003, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

February 18, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed FEB 18 2003
Richard D. Sletten, Clerk

By: ______________________