UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HUBER AND SONS, INC., PAUL HUBER and LISA HUBER,

Plaintiffs,

v.

SERVICE CORPORATION INTERNATIONAL,

Defendant.

CIVIL NO. 01-1583 (RHK/JSM)

ORDER

Pursuant to Judge Richard H. Kyle's Memorandum Opinion and Order dated March 13, 2003 granting Defendant's Motion for Summary Judgment, the settlement conference scheduled before the undersigned for April 1, 2003 is canceled.

Dated: March 18, 2003

JANIE S. MAYERON
United States Magistrate Judge

FILED MAR 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK